UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER EBERLE, on behalf
of L.E.,

       Plaintiff,                                  No. 20-13071

v.                                                Honorable Nancy G. Edmunds
                                                    Magistrate Judge Elizabeth A. Stafford

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JUNE 21, 2022 REPORT AND RECOMMENDATION [18]**

Plaintiff Jennifer Eberle, on behalf of her minor daughter, L.E., seeks judicial review of a final decision by Defendant Commissioner of Social Security in which he denied L.E.'s application for supplemental security income under the Social Security Act. The Court referred the matter to Magistrate Judge Elizabeth A. Stafford. Currently before the Court is the Magistrate Judge's June 21, 2022 report and recommendation. (ECF No. 18.) The Magistrate Judge recommends denying Plaintiff's motion for summary judgment, granting Defendant's motion for summary judgment, and affirming the Commissioner's decision. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's

recommendation. The Court, therefore, ACCEPTS and ADOPTS the Magistrate Judge's report and recommendation (ECF No. 18); DENIES Plaintiff's motion for summary judgment (ECF No. 16); GRANTS Defendant's motion for summary judgment (ECF No. 17); and AFFIRMS the decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: July 7, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 7, 2022, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager